Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendants
CITY OF RICHMOND, OFFICER MIGUEL CASTILLO,
OFFICER ROBERTO LOPEZ, and OFFICER JESUS GOMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK KILLINGSWORTH,

Plaintiff,

v.

CITY OF RICHMOND, a public entity;
RICHMOND POLICE OFFICERS MIGUEL
CASTILLO, ROBERTO LOPEZ, JESUS
GOMEZ, and DOES 1–5, Jointly and Severally,

Defendants.

Case No.  25-cv-08223-AMO

**DEFENDANTS CITY OF RICHMOND, OFFICER MIGUEL CASTILLO, OFFICER ROBERTO LOPEZ, AND OFFICER JESUS GOMEZ'S ANSWER TO PLAINTIFF FRANK KILLINGSWORTH'S COMPLAINT; DEMAND FOR JURY TRIAL**

ORBACH HUFF & HENDERSON LLP

ORBACH HUFF & HENDERSON LLP

1    COMES NOW, Defendants CITY OF RICHMOND, OFFICER MIGUEL CASTILLO,

2  OFFICER ROBERTO LOPEZ, and OFFICER JESUS GOMEZ ("Defendants"), and answer Plaintiff

3  FRANK KILLINGSWORTH's ("Plaintiff") Complaint for Damages ("Complaint"), as follows:

4                                    **INTRODUCTION**

5    1.    Answering this paragraph, this paragraph asserts no material allegations against

6  Defendants and no response is required.  To the extent a response could be required, Defendants deny

7  the allegations therein and deny that Plaintiff is entitled to any relief.

8    2.    Answering this paragraph, Defendants lack information and belief sufficient to either

9  admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied,

10  Defendants deny generally and specifically each and every allegation contained therein.

11    3.    Answering this paragraph, Defendants lack information and belief sufficient to either

12  admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied,

13  Defendants deny generally and specifically each and every allegation contained therein.

14    4.    Answering this paragraph, Defendants deny generally and specifically each and every

15  allegation contained therein.

16                           **JURISDICTION AND VENUE**

17    5.    Answering this paragraph, Defendants admit that this Court has subject matter

18  jurisdiction over actions brought for violations of 42 U.S.C. § 1983 pursuant to 28 U.S.C. § 1331 and

19  § 1343.  Except as expressly admitted, the allegations consist of legal contentions or conclusions of

20  law to which no answer is required.  To the extent a response is deemed necessary, Defendants deny

21  the allegations and expressly deny any wrongdoing.

22    6.    Answering this paragraph, Defendants admit that this Court has subject matter

23  jurisdiction over actions brought for violations of 42 U.S.C. § 1983 pursuant to 28 U.S.C. § 1331 and

24  § 1343.

25    7.    Answering this paragraph, Defendants admit that venue is proper in this Court.

26  ///

27  ///

28  ///

Defendants' Answer to Plaintiff's Complaint; Demand for Jury Trial [25-cv-08223-AMO]

ORBACH HUFF & HENDERSON LLP

**PARTIES**

8.      Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

9.      Answering this paragraph, Defendants admit that the City of Richmond is a public entity and that the Richmond Police Department is a Department within the City.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

10.      Answering this paragraph, Defendants admit that Officers Miguel Castillo, Roberto Lopez, and Jesus Gomez were employed as police officers at the time of the incident giving rise to this litigation.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

11.      Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

**ADMINISTRATIVE CLAIM COMPLIANCE**

12.      Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

13.      Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

14.      Answering this paragraph, Defendants admit that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

///

///

///

Defendants' Answer to Plaintiff's Complaint; Demand for Jury Trial [25-cv-08223-AMO]

**FACTUAL ALLEGATIONS**

15.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

16.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

17.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

18.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

19.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

20.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

21.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

22.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

23.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

Defendants' Answer to Plaintiff's Complaint; Demand for Jury Trial [25-cv-08223-AMO]

ORBACH HUFF & HENDERSON LLP

ORBACH HUFF & HENDERSON LLP

24.    Answering this paragraph, Defendants admit that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

25.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

26.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

27.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

28.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

29.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

**Unreasonable Search and Seizure / 42 U.S.C. § 1983 / Fourth Amendment**

*Plaintiff v. Defendants Castillo, Lopez and Gomez*

30.    Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

31.    Answering this paragraph, Defendants admit that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

Defendants' Answer to Plaintiff's Complaint; Demand for Jury Trial [25-cv-08223-AMO]

ORBACH HUFF & HENDERSON LLP

1    32.    Answering this paragraph, Defendants lack information and belief sufficient to either

2    admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied,

3    Defendants deny generally and specifically each and every allegation contained therein.

4    33.    Answering this paragraph, Defendants lack information and belief sufficient to either

5    admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied,

6    Defendants deny generally and specifically each and every allegation contained therein.

7    34.    Answering this paragraph, Defendants lack information and belief sufficient to either

8    admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied,

9    Defendants deny generally and specifically each and every allegation contained therein.

10    35.    Answering this paragraph, Defendants lack information and belief sufficient to either

11    admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied,

12    Defendants deny generally and specifically each and every allegation contained therein.

13    36.    Answering this paragraph, Defendants lack information and belief sufficient to either

14    admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied,

15    Defendants deny generally and specifically each and every allegation contained therein.

16    37.    Answering this paragraph, Defendants deny generally and specifically each and every

17    allegation contained therein Answering this paragraph, Defendants lack information and belief

18    sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise

19    denied, Defendants deny generally and specifically each and every allegation contained therein.

20    38.    Answering this paragraph, Defendants deny generally and specifically each and every

21    allegation contained therein Answering this paragraph, Defendants lack information and belief

22    sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise

23    denied, Defendants deny generally and specifically each and every allegation contained therein.

24    ///

25    ///

26    ///

27    ///

28    ///

- 5 -

# SECOND CAUSE OF ACTION

## Excessive Force / 42 U.S.C. § 1983 / Fourth and Fourteenth Amendments

### *Plaintiff v. Defendant Lopez*

39.     Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

40.     Answering this paragraph, Defendants admit that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

41.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

42.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

43.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

44.     Answering this paragraph, Defendants deny generally and specifically each and every allegation contained therein.

45.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

46.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

47.     Answering this paragraph, Defendants deny generally and specifically each and every allegation contained therein.

Defendants' Answer to Plaintiff's Complaint; Demand for Jury Trial [25-cv-08223-AMO]

ORBACH HUFF & HENDERSON LLP

### THIRD CAUSE OF ACTION

### Municipal Liability (Monell) / 42 U.S.C. § 1983

#### *Plaintiff v. Defendant City of Richmond*

48.     Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

49.     Answering this paragraph, Defendants deny generally and specifically each and every allegation contained therein.

50.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

51.     Answering this paragraph, Defendants deny generally and specifically each and every allegation contained therein.

52.     Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

### FOURTH CAUSE OF ACTION

### Battery (California Law)

#### *Plaintiff v. Defendants Lopez and City of Richmond*

53.     Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

54.     Answering this paragraph, Defendants admit that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

55.     Answering this paragraph, Defendants deny generally and specifically each and every allegation contained therein.

///

ORBACH HUFF & HENDERSON LLP

56.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

57.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

58.    Answering this paragraph, Defendants admit that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

59.    Answering this paragraph, Defendants deny generally and specifically each and every allegation contained therein.

## FIFTH CAUSE OF ACTION

### Negligence (California Law)

### *Plaintiff v. Defendants Castillo, Lopez, and City of Richmond*

60.    Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

61.    Answering this paragraph, Defendants admit that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

62.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

63.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

///

///

Defendants' Answer to Plaintiff's Complaint; Demand for Jury Trial [25-cv-08223-AMO]

64.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

65.    Answering this paragraph, Defendants admit that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

66.    Answering this paragraph, Defendants deny generally and specifically each and every allegation contained therein.

**SIXTH CAUSE OF ACTION**

**Bane Act / Cal. Civ. Code § 52.1**

*Plaintiff v. Defendants Castillo, Lopez, and City of Richmond*

67.    Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

68.    Answering this paragraph, Defendants admit that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

69.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

70.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

71.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

///

///

ORBACH HUFF & HENDERSON LLP

Defendants' Answer to Plaintiff's Complaint; Demand for Jury Trial [25-cv-08223-AMO]

72.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

73.    Answering this paragraph, Defendants lack information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

74.    Answering this paragraph, Defendants admit that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendants deny generally and specifically each and every allegation contained therein.

75.    Answering this paragraph, Defendants deny generally and specifically each and every allegation contained therein.

## [PLAINTIFF'S] JURY DEMAND

In answering Plaintiff's Jury Demand, Defendants also demand a jury.

## [PLAINTIFF'S] PRAYER

In answering Plaintiff's Prayer, Defendants deny Plaintiff is entitled to any relief, damages, costs, or attorneys' fees.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, these answering Defendants are protected from liability under the doctrine of qualified immunity because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### SECOND AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of the Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

///

///

- 10 -

Defendants' Answer to Plaintiff's Complaint; Demand for Jury Trial [25-cv-08223-AMO]

ORBACH HUFF & HENDERSON LLP

ORBACH HUFF & HENDERSON LLP

### THIRD AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### FOURTH AFFIRMATIVE DEFENSE

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff and was reasonable and necessary.

### FIFTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims may be barred by the statute of limitations.

### SIXTH AFFIRMATIVE DEFENSE

If it is found that any Defendant is legally responsible for the damages, if any, which Defendants specifically deny, then such damages were proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against any Defendant be reduced by that percentage of fault allocated to others.

### SEVENTH AFFIRMATIVE DEFENSE

Neither the operative Complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against these answering Defendants.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has failed to join all indispensable parties.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's allegations are insufficient to establish a violation of their constitutional rights; not every push or shove violates the Fourth Amendment. *Graham v. Connor*, 490 U.S. 386 (1989).

### TENTH AFFIRMATIVE DEFENSE

No municipal policy, pattern or practice caused any deprivation of Plaintiff's federal civil rights, and thus under the doctrine of law announced in *Monell v. Dept. of Social Services*, 436 U.S.

Defendants' Answer to Plaintiff's Complaint; Demand for Jury Trial [25-cv-08223-AMO]

1   658 (1978), and other applicable statutory and judicial authorities, Plaintiff is not entitled to judgment

2   against these answering Defendants.

3                       **ELEVENTH AFFIRMATIVE DEFENSE**

4        Any state claims are barred for Plaintiff's failure to comply with the provisions of the

5   California Tort Claims Act, Government Code section 910, *et seq*.

6                       **TWELFTH AFFIRMATIVE DEFENSE**

7        Any alleged acts or omissions by Defendants and/or their agents, officers, and/or employees

8   were superseded by the negligence or causative fault of Plaintiff or others, whether sued herein or not,

9   whose negligence or causative fault intervened and was the sole cause of any detriment to Plaintiff.

10                      **THIRTEENTH AFFIRMATIVE DEFENSE**

11       Defendants are immune from liability pursuant to the provisions of each of the following

12  California statutes, each of which is set forth as a separate and distinct affirmative defense:

13  Government Code sections 815.2, 815.6, 818, 818.8, 820.2, 820.25, 820.4, 820.6, 820.8, 822.2, 845.6,

14  845.8, 846, 850.8, 855.6, 856.4, and Penal Code section 847.

15                      **FOURTEENTH AFFIRMATIVE DEFENSE**

16       Defendants are immune from liability pursuant to California Penal Code sections 834, 834a,

17  835, 835a, 836, 836.5, and 840 relating to the incident complained of by Plaintiff.

18                      **FIFTEENTH AFFIRMATIVE DEFENSE**

19       Defendant City of Richmond and any individual sued in their official capacities as officers

20  with the City of Richmond are immune from the imposition of punitive damages.

21                      **SIXTEENTH AFFIRMATIVE DEFENSE**

22       Plaintiff has failed to state a legal or factual basis to support a prayer for punitive damages

23  against these answering Defendants and there is no statutory or other basis for the attorneys' fees

24  sought by Plaintiff.

25                      **SEVENTEENTH AFFIRMATIVE DEFENSE**

26       Defendant City of Richmond and any individual sued in their official capacities as officers

27  with the City of Richmond are not "persons" under the California Civil Code and cannot be subjected

28  to any trebling of damages or statutory penalties.

ORBACH HUFF & HENDERSON LLP

Defendants' Answer to Plaintiff's Complaint; Demand for Jury Trial [25-cv-08223-AMO]

**EIGHTEENTH AFFIRMATIVE DEFENSE**

If it is found that any Defendant is legally responsible for the damages, if any, which these answering Defendants specifically deny, then such damages were proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against any Defendant be reduced by that percentage of fault allocated to others.

**DEMAND FOR JURY TRIAL**

Defendants hereby demand and request a trial by jury in this matter.

**PRAYER**

Defendants pray for judgment as follows:

1.    That Plaintiff take nothing by reason of his Complaint;

2.    That judgment be entered in favor of Defendants;

3.    That Defendants be awarded costs of suit; and

4.    That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorneys' fees pursuant to 42 U.S.C. § 1988.

Dated: December 8, 2025          Respectfully submitted,

**ORBACH HUFF & HENDERSON LLP**

By:    */s/ Kevin E. Gilbert*
        Kevin E. Gilbert
        Carolyn M. Aguilar
        Attorneys for Defendants
        CITY OF RICHMOND, OFFICER MIGUEL
        CASTILLO, OFFICER ROBERTO LOPEZ, and
        OFFICER JESUS GOMEZ

Defendants' Answer to Plaintiff's Complaint; Demand for Jury Trial [25-cv-08223-AMO]