United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FRANK KILLINGSWORTH,<br><br>Plaintiff,<br><br>v.<br><br>RICHMOND, CITY OF, et al.,<br><br>Defendants. | Case No.  25-cv-08223-AMO   (RMI)<br><br>**ORDER GRANTING PLAINTIFF'S DISCOVERY LETTER AND DIRECTING THE PARTIES TO MEET AND CONFER**<br><br>Re: Dkt. No. 25 |

Now pending before the court is Plaintiff's Discovery Letter Re: Subpoenaed Records From Contra Costa Superior Court. (Dkt. 25.) In consideration of Plaintiff's arguments, and for good cause shown, the court **GRANTS** Plaintiff's request and **ORDERS** Defendants to immediately comply with the following directives: (1) sequester all materials produced by the Contra Costa County Superior Court in response to the subpoena; (2) cease any further review, use, copying, disclosure, summarization, or dissemination of those materials; (3) direct Array and any other vendor, consultant, or agent acting on Defendants' behalf to do the same; (4) disclose what materials were received, when they were received, where they are stored, and which persons have accessed, reviewed, or handled them; and (5) refrain from any use of the materials in discovery, ADR, motion practice, expert review, trial preparation, or trial absent further order of the court.

The court further **ORDERS** the parties to meet and confer and file a joint letter brief on the discoverability of the contested documents and any other related issues by May 1, 2026. The joint letter brief must comply with this court's standing order.

**IT IS SO ORDERED.**

Dated: April 21, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California