UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK KILLINGSWORTH

Plaintiff,

v.

RICHMOND, CITY OF, et al.,

Defendants.

Case No.  25-cv-08223-AMO

**ORDER RE: ATTENDANCE AT ENE**

Date:  May 18, 2026
ENE Evaluator:  Frances Kaminer

The request to excuse Plaintiff Frank Killingsworth from appearing in person at the May 18, 2026, ENE before Frances Kaminer is DENIED.  The representative shall participate actively for the duration of the ENE session by joining telephonically as set forth in ADR L.R. 5-10(f).

**IT IS SO ORDERED**.

Dated: May 8, 2026

_Sallie Kim_

Sallie Kim
United States Magistrate Judge