ZACHARY LINOWITZ, ESQ. (State Bar No. 287368)
LINOWITZ LAW
1300 Clay Street, Suite 600
Oakland, CA 94612
Phone: 510-519-1401
zachary@linowitzlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK KILLINGSWORTH,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF RICHMOND, a public entity;<br>RICHMOND POLICE OFFICERS MIGUEL<br>CASTILLO, ROBERTO LOPEZ, JESUS<br>GOMEZ, and DOES 1–5, Jointly and<br>Severally,<br><br>    Defendants. | 4:25-cv-08223-AMO<br><br>**SUPPLEMENTAL DECLARATION OF<br>ZACHARY LINOWITZ IN SUPPORT<br>OF PLAINTIFF'S SUPPLEMENTAL<br>BRIEF** |

## SUPPLEMENTAL DECLARATION OF ZACHARY LINOWITZ

I, Zachary Linowitz, declare as follows:

1.     I am the attorney of record for Plaintiff Frank Killingsworth in this action. I am admitted to practice before this Court. I have personal knowledge of the matters stated below and, if called as a witness, could and would testify competently to them.

2.     I submit this supplemental declaration in support of Plaintiff's supplemental brief in response to the Court's July 16, 2026 Order to Show Cause (Dkt. No. 47).

SUPPLEMENTAL DECLARATION OF ZACHARY LINOWITZ IN          1
SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF
*Killingsworth v. City of Richmond, et al.*

3. On August 6, 2026, in *People v. Frank Killingsworth*, No. F24902402 (Fresno County Superior Court), the court committed Plaintiff to the custody of the California Department of State Hospitals for competency-restoration treatment pursuant to Penal Code section 1370.

4. As of the date of this declaration, Plaintiff remains in the Fresno County Jail awaiting transport to a state hospital. To my knowledge and based on the records presently available to me, he has not been transported or begun competency restoration treatment.

5. None of the records presently available to me identifies when Plaintiff will be transported or begin competency-restoration treatment, or when the Fresno criminal proceedings might resume.

6. Before the Court entered the stay on July 16, 2026, Defendants had served interrogatory responses without signed verifications and had not completed production of training materials responsive to Plaintiff's Request for Production Nos. 4, 10, 16, and 18, which Defendants had represented were forthcoming, or of dispatch and CAD records related to Officer Lopez's prior Taser deployments. Completing these outstanding discovery obligations requires no response, decision, or participation from Plaintiff.

7. I state the foregoing facts to inform the Court of the August 6 development and the status of the limited written discovery obligations addressed in Plaintiff's supplemental brief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 12, 2026, in Oakland, California.

Respectfully submitted,

_____
ZACHARY LINOWITZ
Attorney for Plaintiff

SUPPLEMENTAL DECLARATION OF ZACHARY LINOWITZ IN
SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF
*Killingsworth v. City of Richmond, et al.*

2

LINOWITZ LAW
1300 CLAY STREET, SUITE 600, OAKLAND, CA 94612
PHONE: (510) 519-1401
EMAIL: ZACHARY@LINOWITZLAW.COM

**Certification Pursuant to Judge Martínez-Olguín's Standing Order**

I certify that I have personally verified the accuracy of Plaintiff's supplemental brief and the accompanying declaration.

Executed on August 12, 2026, in Oakland, California.

Respectfully submitted,

ZACHARY LINOWITZ
Attorney for Plaintiff

LINOWITZ LAW
1300 CLAY STREET, SUITE 600, OAKLAND, CA 94612
PHONE: (510) 519-1401
EMAIL: ZACHARY@LINOWITZLAW.COM